UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMANDA BETHANY SMITH,

          Plaintiff,

v.                                                 Case No. 05-C-1246

TRISHA STRATMAN and SCOTT BUTLER,

          Defendants.

**ORDER**

      Plaintiff Amanda Smith is a state prisoner who filed this lawsuit in federal court pursuant to 42 U.S.C. § 1983, claiming that she was physically assaulted by two Racine County Jail officers. Stating that she was unable to pay the $255.00 filing fee, Smith filed a petition to proceed informa pauperis. Pursuant to the Prison Litigation Reform Act, plaintiff was directed to pay an initial partial filing fee of $2.23. *See* 28 U.S.C. § 1915(b)(1). Smith was ordered to make such payment within 21 days of the date of the court's order or face possible dismissal of her case.

      Smith has now written requesting an additional 30 days within which to make the initial partial payment. She states in her request that she has been under restriction pursuant to a disciplinary action at the prison she is now housed in and was therefore unable to make the request to transfer funds from her trust account.

      Smith's request will be granted. She is reminded that the initial partial filing fee is only $2.23. Smith should make arrangements for this amount to be paid to the Clerk of Courts so that

her case can proceed. Payment must be made within 30 days of the date of this order, unless Smith shows she is unable to make even the initial partial payment.

**SO ORDERED** this   18th   day of January, 2006.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge